AO 91 (Rev. 11/11)  Criminal Complaint               AUSA Windom_2019R00568

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>BRIAN MARK LEMLEY, JR.<br><br>*Defendant(s)* | Case No. 20-mj-192-CBD<br><br>___ FILED  ⊗ ENTERED<br>___ LOGGED  ⊗ RECEIVED<br><br>JAN 1 5 2020<br>AT GREENBELT<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/19/2019 - 1/11/2020  in the county of  Prince George's  in the _____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii), (iii), and (v)(I); 18 U.S.C. § 922(a)(4); 18 U.S.C. § 922(d)(5); 18 U.S.C. § 924 (b); 18 U.S.C. § 2 | transporting and harboring certain aliens, and conspiracy to do so; transporting machine gun in interstate commerce; disposing of any firearm and ammunition to an alien illegally or unlawfully in the United States; transporting firearm and ammunition in interstate commerce with intent to commit therewith an offense punishable by a term exceeding one year; aiding-and-abetting |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Rachid T. Harrison dated January 14, 2020.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rachid T. Harrison, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 14, 2020

_____
*Judge's signature*

City and state:  Greenbelt, MD       Charles B. Day, U.S. Magistrate Judge
*Printed name and title*