IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 8:20-mj-00192-CBD |
| BRIAN MARK LEMLEY, JR. | * | |

\* \* \* \* \*

## ORDER OF DETENTION BY AGREEMENT

In light of the representation of counsel for Defendant Brian Mark Lemley, Jr. that the Defendant withdraws his request for a detention hearing and consents to detention at this time, it is hereby **ORDERED**:

1. The Defendant shall be **DETAINED BY AGREEMENT**.

2. The detention hearing previously scheduled for January 22, 2020 is **CANCELLED**.

3. The Defendant reserves his right to request a prompt hearing to set appropriate conditions of release or otherwise address his detention.

January 21, 2020　　　　　　　　　　　　　　/s/
Date　　　　　　　　　　　　　　　　　　　Timothy J. Sullivan
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge